**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 26, 2019.**



In The

# Fourteenth Court of Appeals

___

## NO. 14-19-00563-CV

___

## IN RE MATT GUERRE, D.D.S., 1220 AUGUSTA DENTAL MANAGEMENT, LLC D/B/A COSMETIC DENTAL ASSOCIATES, AND SPIKER DAVIS, D.D.S., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-43848**

## MEMORANDUM OPINION

On July 18, 2019, relators Matt Guerre, D.D.S., 1220 Augusta Dental Management, LLC d/b/a Cosmetic Dental Associates, and Spiker Davis, D.D.S. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of Harris

County, to set aside her (1) May 18, 2019 sanctions order; (2) May 18, 2019 discovery order; and (3) July 30, 2019 amended sanctions order.[1]

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We deny relators' second emergency motion to for temporary stay as moot.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.

---

[1] The trial court signed an amended sanctions order on July 30, 2019, which the court has considered.

2